UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,

      PETITIONER,

-vs-                                    Case No. 5:16-cv-00214-WTH-GRJ

FLORIDA COMMISSION ON OFFENDER REVIEW, JULIE L JONES,

      RESPONDENTS.
_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation, ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The petitioner was directed by the Magistrate Judge to file an application for leave to proceed in forma pauperis but failed to do so by the deadline, so the Magistrate Judge ordered petitioner to show cause why the case should not be dismissed. ECF No. 5. Petitioner did not do so by the deadline, and the Magistrate Judge entered a Report and Recommendation that the case be dismissed. ECF No. 6.

Accordingly,

IT IS ORDERED

The Report and Recommendation of the Magistrate Judge, ECF No. 6, is

accepted and incorporated herein.  The Clerk is directed to enter a judgment which

states: "This case is dismissed without prejudice for failure to prosecute and failure to

comply with an order of this Court."  The Clerk is directed to close the file.

DONE and ORDERED at Gainesville, Florida this 10th day of August, 2017.

UNITED STATES DISTRICT JUDGE